Argued and submitted May 4, affirmed June 3, reconsideration denied July 29, petition for review allowed by memorandum opinion October 8, 1992
See 314 Or 390 (1992)

PETER CARRASCO,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
*Respondent.*

(90-C-12060; CA A70372)

830 P2d 639

Jay Edwards, Salem, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Bartz v. State of Oregon,* 110 Or App 614, 825 P2d 657, *rev allowed* 313 Or 209 (1992); *Boone v. Wright,* 110 Or App 281, 822 P2d 719 (1991), *rev allowed* 313 Or 209 (1992).